# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 6, 2013

### NO. 03-13-00130-CV

**Neil Gallagher; Ronald R. Coleman; Steve Feeken; Gallagher Financial Group, Inc.; Michael Eastham; Fellowship Financial, LLC; Michael Castellano; Brian R. Cervanka; Global One Direct, LLC; David A. Shields; Marco Lopez; Salvatore Magaraci; Estate Protection Planning, Corp.; Reid Thorburn; Raymon Chadwick, Jr.; Walter C. Young; Creative Wealth Designs, LLC; Michael Woods; Secured Financial Strategies, LLC; and Wesley Davidson, Appellants**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE ROSE**

---

**THIS DAY** came to be submitted the appellants' motion to dismiss the appeal in the above cause, and the Court having fully considered said motion is of the opinion that same should be granted. **IT IS THEREFORE** ordered that said motion is granted and that the appeal is dismissed. It is **FURTHER** ordered that the appellants pay all costs relating to this appeal, both in this Court and the court below, and that this decision be certified below for observance.